IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENNIE D. GRAVES**, )<br>**Plaintiff,** )<br>)<br>v.   )<br>)<br>**KENNETH J. GAMBLE, et al.,** )<br>**Defendants.** ) | C.A. No. 21-344 Erie<br><br>**District Judge Susan Paradise Baxter**<br>**Magistrate Judge Richard A. Lanzillo** |

## MEMORANDUM ORDER

Plaintiff Bennie D. Graves, an inmate incarcerated at the State Correctional Institution at Albion, Pennsylvania, initiated this civil rights action on December 13, 2021, by filing a motion to proceed *in forma pauperis* ("ifp motion"), accompanied by a *pro se* complaint against three Defendants: Erie County Prothonotary Kenneth J. Gamble; Deputy Prothonotary Kelly Malone; and Erie County Sheriff John Loomis ("Loomis").[1] This matter was referred to United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On September 9, 2022, remaining Defendants Gamble and Malone filed a motion to dismiss for failure to state a claim [ECF No. 21], asserting, *inter alia,* that Plaintiff's claims against them are barred by quasi-judicial immunity and/or qualified immunity. After the motion was fully briefed by the parties, Judge Lanzillo issued a Report and Recommendation on April

---

[1] Plaintiff's claims against Defendant Loomis were subsequently dismissed as frivolous by Memorandum Order dated July 14, 2022 [ECF No. 12].

10, 2023 ("R&R") recommending that Defendants' motion be granted and all of Plaintiff's remaining claims be dismissed [ECF No. 31]. Objections to the R&R were originally due to be filed by April 27, 2023, which deadline was subsequently extended to May 26, 2023; nonetheless, no objections have been filed.

After *de novo* review of the complaint and documents in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 31st day of May, 2023;

IT IS HEREBY ORDERED that Defendants' motion to dismiss for failure to state a claim [ECF No. 21] is GRANTED and all of Plaintiff's remaining claims are DISMISSED, with prejudice. The report and recommendation of Magistrate Judge Lanzillo, issued April 10, 2023 [ECF No. 31], is adopted as the opinion of the court.

The Clerk is directed to mark this case CLOSED.

                                                /s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

cc:      The Honorable Richard A. Lanzillo
         U.S. Magistrate Judge

         all parties of record